## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| COSMAS G. STRATIGOS<br>v.<br>TRANSPORT WORKERS UNION OF AMERICA, LOCAL 512 | FILED: JULY 12, 2008<br>08CV3965<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE ASHMAN<br>YM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, COSMAS GEORGE STRATIGOS

| NAME (Type or print) |
|---|
| JAMES T. FOLEY |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ James T. Foley |

| FIRM |
|---|
| FOLEY LAW GROUP, LLC. |

| STREET ADDRESS |
|---|
| 580 Oakmont Lane |

| CITY/STATE/ZIP |
|---|
| Westmont, Illinois 60559 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (630) 908-3508 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐