**Subject:** Fw: Possible Duplicate Payment by James T. Foley
**From:** "Jfoley" <jfoley@foleylawgroup.com>
**Date:** Fri, 18 Jul 2008 08:35:25 -0700
**To:** "bbusch@mbanews.com" <bbusch@mbanews.com>

How do I get 350 back

-----Original Message-----
From: Nelida_Finch@ilnd.uscourts.gov
To: jfoley@foleylawgroup.com,OHernandez@hoeyfarina.com
Date: 07/14/08 11:37
Subject: Possible Duplicate Payment by James T. Foley


Dear Counselor:

Our Internet Payment Report reflects that on July 12, 2008 and July 13, 2008 you made five payments of $350.00 through pay.gov.

We did not receive a complaint for receipt no. 2928688.

If it was your intention to e-file five new cases, please call the Service Center at 312-435-5691, and you will given instructions on how to re-submit the complaint for receipt no. 2928688.

If it was your intention to e-file only four new cases, but paid a fifth time by mistake, you can e-file a "Request for the Clerk of Court to Refund Filing Fee", which can be found under the "Other Documents" category.  Please e-file the request in case no.  08cv3965, include your receipt numbers  in the request, and indicate which is the duplicate payment.

In the future, if you don't see that the complaint you e-filed is in case no. 07cv99999 call us before e-filing it again and someone from our office will walk you through the process of re-submitting it.

If you have any questions, please feel free to call the Service Center at 312-435-5691.